UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                Plaintiff,

        -against-

VALSAC 908, LLC,

                Defendant.

22-CV-10912 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who proceeds in this matter *pro se*, filed an unsigned order to show cause regarding an eviction notice, possibly issued by Defendant Valsac 908, LLC. He did not file a complaint.

    To proceed with a civil action in this Court, a plaintiff must file a complaint, *see* Fed. R. Civ. P. 3, and either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit an application to proceed *in forma pauperis* ("IFP"), *see* 28 U.S.C. §§ 1914, 1915.

    As Plaintiff has not filed a complaint, paid the filing fees, or submitted an IFP application, the Court directs the Clerk of Court to close this case administratively.[1]

---

[1] Plaintiff filed another action in this court, in which he also submitted only an unsigned order to show cause. *See Beaman v. Services for the Underserved*, No. 22-CV-10911 (LTS) (S.D.N.Y. Feb. 13, 2023). In that action, the Court granted Plaintiff leave to pay the filing fees or submit an application requesting that the fees be waived. Plaintiff did not respond to the order, and the Court dismissed the action on February 13, 2023.

Should Plaintiff wish to pursue the relief he requests in the order to show cause, he may move to reopen this action, file a complaint, and either pay the filing fees, or submit an IFP application.

SO ORDERED.

Dated: February 27, 2023
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge